Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−14531−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Domenick B. Buonadonna           Annamarie Buonadonna
9 Orion Way                      9 Orion Way
Sewell, NJ 08080                 Sewell, NJ 08080

Social Security No.:
  xxx−xx−6090                    xxx−xx−5494

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 22, 2024.

Dated: August 22, 2024
JAN: as

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 24-14531-JNP
Domenick B. Buonadonna                                                                          Chapter 13
Annamarie Buonadonna
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                          Page 1 of 3
Date Rcvd: Aug 22, 2024              Form ID: plncf13                              Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Domenick B. Buonadonna, Annamarie Buonadonna, 9 Orion Way, Sewell, NJ 08080-1920 |
| sp | + | Nicholas Renzi, 301 S. 17th Street, Philadelphia, PA 19103-6746 |
| 520244814 | + | COOPER UNIVERSITY, P.O. BOX 95000, Philadelphia, PA 19195-0001 |
| 520244817 | + | HEALTHCARE FINANCE DIRECT, LLC, 1201 24TH STREET, STE B200, Bakersfield, CA 93301-2383 |
| 520244826 | + | wells fargo auto finance, p.o. box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 22 2024 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 22 2024 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520244813 | + | Email/Text: legal-dept@cooperhealth.edu | Aug 22 2024 21:25:00 | COOPER HOSPITAL, 1 COOPER PLAZA, Camden, NJ 08103-1489 |
| 520244812 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 21:49:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520290883 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 21:49:17 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520323080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 21:49:38 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520244819 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 21:36:13 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520251532 | | Email/Text: mrdiscen@discover.com | Aug 22 2024 21:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520244815 | + | Email/Text: mrdiscen@discover.com | Aug 22 2024 21:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520244816 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 22 2024 21:24:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520322804 | | Email/Text: BNCnotices@dcmservices.com | Aug 22 2024 21:24:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520244818 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 22 2024 21:23:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520320659 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 21:49:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520244820 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2024 21:24:00 | NATIONSTAR MORTGAGE, 350 HIGHLAND DRIVE, Lewisville, TX 75067 |

Case 24-14531-JNP    Doc 22    Filed 08/24/24    Entered 08/25/24 00:17:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: plncf13 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 520319604 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2024 21:24:00 | Onslow Bay Financial LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520321650 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2024 21:23:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520244821 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 22 2024 21:23:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520244822 | + | Email/Text: bankruptcy@sw-credit.com | Aug 22 2024 21:25:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 520244823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 21:36:29 | Syncb/At Home CC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520244824 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 21:36:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520244825 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 22 2024 21:49:22 | WELLS FARGO, PO BOX 71092, Charlotte, NC 28272-1092 |
| 520254665 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 22 2024 21:37:03 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Nicholas Renzi, 301 S. 17th Street, Philadelphia, PA 19103-6746 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Onslow Bay Financial LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Mitchell L Chambers, Jr. | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: plncf13 | Total Noticed: 27 |

| | on behalf of Joint Debtor Annamarie Buonadonna ecfbc@comcast.net |
|---|---|
| Mitchell L Chambers, Jr. | on behalf of Debtor Domenick B. Buonadonna ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6