<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td><td rowspan="2"></td></tr>
<tr><td>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Mukta Suri, Esq.<br>McCalla Raymer Leibert Pierce, LLP<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ 08830<br>(469) 458-2311<br>NJ_ECF_Notices@McCalla.com</td></tr>
<tr><td>In Re:<br>Domenick B. Buonadonna,<br>Annamarie Buonadonna,</td><td>Case No.: 24-14531-JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr.</td></tr>
</table>

**WITHDRAWAL OF NOTICE OF PAYMENT CHANGE**

COMES NOW Onslow Bay Financial LLC by and through its Authorized Agent, McCalla Raymer Leibert Pierce, LLP, and respectfully requests this Court to allow it to withdraw the Notice of Payment Change filed on October 17, 2025.

Notice of Payment Change Filed Date: October 17, 2025
Notice of Payment Change Claim Number: 4

*/s/Mukta Suri*
Mukta Suri

Authorized Agent for Onslow Bay Financial LLC
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Phone: (469) 458-2311

mukta.suri@mccalla.com

| | |
|---|---|
| In Re:<br>Domenick B. Buonadonna<br>Annamarie Buonadonna | Bankruptcy Case No.: 24-14531–JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr. |

CERTIFICATE OF SERVICE

I, Mukta Suri, of McCalla Raymer Leibert Pierce, LLP, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE to be filed and served in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Domenick B. Buonadonna
9 Orion Way
Sewell, NJ 08080

Annamarie Buonadonna
9 Orion Way
Sewell, NJ 08080

Mitchell L Chambers, Jr. (*served via ECF Notification)*
Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road
Blackwood, NJ 08012

Andrew B Finberg *(served via ECF Notification)*
535 Route 38, Suite 580
Cherry Hill, NJ 08002

U.S. Trustee (Served via ECF Notification)
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10/29/2025 By: */s/Mukta Suri*
(date) Mukta Suri

Authorized Agent for Onslow Bay Financial LLC