**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 24-14531 (JNP)**

Monthly Payment: $550.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Domenick B. Buonadonna and Annamarie Buonadonna
9 Orion Way
Sewell, NJ 08080

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/2025 | $550.00 | 02/14/2025 | $550.00 | 03/12/2025 | $550.00 | 04/17/2025 | $550.00 |
| 05/22/2025 | $550.00 | 06/23/2025 | $550.00 | 07/16/2025 | $550.00 | 08/12/2025 | $550.00 |
| 09/12/2025 | $550.00 | 10/15/2025 | $550.00 | 11/07/2025 | $550.00 | 12/04/2025 | $550.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DOMENICK B. BUONADONNA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,150.00 | $4,150.00 | $0.00 | $3,465.00 |
| 1 | COOPER HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COOPER UNIVERSITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $638.70 | $148.61 | $490.09 | $0.00 |
| 4 | DISCOVER BANK | 33 | $6,752.50 | $1,571.17 | $5,181.33 | $0.00 |
| 5 | GOLDMAN SACHS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JEFFERSON HEALTH | 33 | $500.00 | $116.34 | $383.66 | $0.00 |
| 7 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $1,885.10 | $438.62 | $1,446.48 | $0.00 |
| 9 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PNC BANK, N.A. | 33 | $3,830.00 | $891.16 | $2,938.84 | $0.00 |
| 11 | SWC GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $266.52 | $56.17 | $210.35 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $6,677.15 | $1,553.64 | $5,123.51 | $0.00 |
| 14 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | WELLS FARGO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ANNAMARIE BUONADONNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CITIBANK, N.A. | 33 | $2,034.82 | $473.45 | $1,561.37 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2024 | 60.00 | $550.00 |
| 06/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,600.00 |
| Total paid to creditors this period: | $3,465.00 |
| Undistributed Funds on Hand: | $500.84 |
| Arrearages: | ($550.00) |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**