UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 24-14531 |
|--------|-----------|----------|
| Domenic and Ann Marie Buonadonna | Chapter: | 13 |
| | Judge: | JNP |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____ Domenick Buonadonna _____ , _____ Debtor _____ , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court Clerk
400 Cooper Street, 4th Floor
Suite 4c
Camden, NJ Trenton, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____ Jerrold N. Poslusny Jr. _____ on _____ August 11, 2026 _____ at 1:00 a.m a.m. at the United States Bankruptcy Court, courtroom no. _____ 4c _____ , _____ 400 Cooper Street, 4th Floor, Camden, NJ _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury Settlement

Pertinent terms of settlement:
$98,000.00 Settlement
$62,256.84 to be tendered to the Debtors
#35,743.16 in attorney fees and costs to be paid to Adams Renzi Law

Objections must be served on, and requests for additional information directed to:

Name: Mitchell Lee Chambers

Address: 602 Little Gloucester Road, Suite 5 , Blackwood, NJ

Telephone No.: 856-302-1778

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-14531-JNP

Domenick B. Buonadonna                                                          Chapter 13

Annamarie Buonadonna

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 15, 2026                   Form ID: pdf905                              Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Domenick B. Buonadonna, Annamarie Buonadonna, 9 Orion Way, Sewell, NJ 08080-1920 |
| sp | + | Nicholas Renzi, 301 S. 17th Street, Philadelphia, PA 19103-6746 |
| 520244814 | + | COOPER UNIVERSITY, P.O. BOX 95000, Philadelphia, PA 19195-0001 |
| 520244817 | + | HEALTHCARE FINANCE DIRECT, LLC, 1201 24TH STREET, STE B200, Bakersfield, CA 93301-2383 |
| 520852944 | | Wells Fargo Auto/Creditor, PO Box 51963, Los Angeles, CA 90051-6263 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520244813 | + | Email/Text: legal-dept@cooperhealth.edu | Jul 15 2026 21:35:00 | COOPER HOSPITAL, 1 COOPER PLAZA, Camden, NJ 08103-1489 |
| 520244812 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 21:39:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520290883 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 15 2026 21:39:31 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520323080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:46 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520244819 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 21:49:50 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520251532 | | Email/Text: mrdiscen@discover.com | Jul 15 2026 21:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520244815 | + | Email/Text: mrdiscen@discover.com | Jul 15 2026 21:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520244816 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 15 2026 21:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520322804 | | Email/Text: BNCnotices@dcmservices.com | Jul 15 2026 21:34:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520244818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 21:38:54 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520320659 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520244820 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2026 21:34:00 | NATIONSTAR MORTGAGE, 350 HIGHLAND DRIVE, Lewisville, TX 75067 |

| 520319604 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 15 2026 21:34:00 | Onslow Bay Financial LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520321650 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 15 2026 21:33:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520244821 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jul 15 2026 21:33:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520244822 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Jul 15 2026 21:35:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 520244823 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:38:51 | Syncb/At Home CC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520244824 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 15 2026 21:38:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520244825 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | Jul 15 2026 21:39:21 | WELLS FARGO, PO BOX 71092, Charlotte, NC 28272-1092 |
| 520254665 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Jul 15 2026 21:39:23 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 520244826 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Jul 15 2026 21:39:22 | wells fargo auto finance, p.o. box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
| --- | --- | --- |
| aty | *+ | Nicholas Renzi, 301 S. 17th Street, Philadelphia, PA 19103-6746 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Laura M. Egerman | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Onslow Bay Financial LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel + | on behalf of Creditor Onslow Bay Financial LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |

District/off: 0312-1                              User: admin                                    Page 3 of 3
Date Rcvd: Jul 15, 2026                          Form ID: pdf905                                Total Noticed: 28

Mitchell L Chambers, Jr.
                    on behalf of Joint Debtor Annamarie Buonadonna ecfbc@comcast.net

Mitchell L Chambers, Jr.
                    on behalf of Debtor Domenick B. Buonadonna ecfbc@comcast.net

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6