Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–14531–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Domenick B. Buonadonna
9 Orion Way
Sewell, NJ 08080

Annamarie Buonadonna
9 Orion Way
Sewell, NJ 08080

Social Security No.:
xxx–xx–6090

xxx–xx–5494

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Personal Injury Settlement

Dated: August 5, 2026
JAN: eag

Jeanne Naughton
Clerk