Order Filed on August 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

In Re:

Domenic and Ann Marie Buonadonna

Case No.: 24-14531

Hearing Date: 8/11/26

Chapter: 13

Judge: JNP

**ORDER APPROVING SETTLEMENT**

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: August 12, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER being opened to the Court by Mitchell Lee Chambers, attorney for the Debtor, and it is hereby ORDERED:

1. Debtor's Motion is hereby granted;
2. The proposed settlement is hereby approved;
3. The fees and costs owed to Adams Renzi Law shall be paid in full;
4. A disbursement in the amount of $14,883.00 shall be paid over to the Chapter 13 Trustee from the settlement.
    a. Total proof of claims for unsecured creditors are in the amount of $22,584.79 as of today's date.
    b. Debtors have already paid $14,850.00 to the Chapter 13 Trustee.
    c. The Chapter 13 Trustee's total commission would be in the amount of $2,973.30.
5. The balance of the settlement will be turned over to the Debtor.