UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

**Order Filed on August 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Domenic and Ann Marie Buonadonna

Case No.: 24-14531

Hearing Date: 8/11/26

Chapter: 13

Judge: JNP

**ORDER APPROVING SETTLEMENT**

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: August 12, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER being opened to the Court by Mitchell Lee Chambers, attorney for the Debtor, and it is hereby ORDERED:

1. Debtor's Motion is hereby granted;
2. The proposed settlement is hereby approved;
3. The fees and costs owed to Adams Renzi Law shall be paid in full;
4. A disbursement in the amount of $14,883.00 shall be paid over to the Chapter 13 Trustee from the settlement.
   a. Total proof of claims for unsecured creditors are in the amount of $22,584.79 as of today's date.
   b. Debtors have already paid $14,850.00 to the Chapter 13 Trustee.
   c. The Chapter 13 Trustee's total commission would be in the amount of $2,973.30.
5. The balance of the settlement will be turned over to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 24-14531-JNP
Domenick B. Buonadonna Chapter 13
Annamarie Buonadonna
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Aug 12, 2026 Form ID: pdf903 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Domenick B. Buonadonna, Annamarie Buonadonna, 9 Orion Way, Sewell, NJ 08080-1920 |
| aty | + | Nicholas Renzi, 301 S. 17th Street, Philadelphia, PA 19103-6746 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Laura M. Egerman | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Onslow Bay Financial LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Onslow Bay Financial LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Annamarie Buonadonna ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | |

on behalf of Debtor Domenick B. Buonadonna ecfbc@comcast.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6