Certificate Number: 20668-NJ-DE-041455009

Bankruptcy Case Number: 24-14531

20668-NJ-DE-041455009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2026, at 11:36 o'clock AM EDT, Domenick B Buonadonna completed a course on personal financial management given by internet by Andrew Finberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 17, 2026

By: /s/Consuelo v Gerhardt

Name: Consuelo v Gerhardt

Title: Financial Educator